# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: )<br>Cody McKinley Burgess )<br>Kelly Elizabeth Burgess )<br>Debtors. ) | Case No. 20-20639 |

## DEBTORS' OBJECTION TO CLAIM NO. 18 FILED BY COMMUNITY AMERICA CREDIT UNION/TRUHOME SOLUTIONS LLC

COME NOW Debtors, by and through retained counsel, and object to the allowance of the above referenced claim as filed for the following reasons:

1. On July 14, 2020 Community America Credit Union/TruHome Solutions, LLC (Creditor) filed Claim No. 18 as a secured claim in the amount of $301,867.04. The claim lists the Debtors' principal residence as the collateral for the claim.

2. The claim asserts that there was a total prepetition arrearage of $1509.06, which consisted of $1,463.82 in principal and interest, ($675.40) in escrow deficiency, $1,441.28 projected escrow shortage, and ($720.64) funds on hand.

3. Debtors indicate that they were directly impacted by COVID and in late March they reached out to Community America Credit Union/TruHome Solutions, LLC regarding a deferment. The Debtors were granted a six (6) month deferment, but they elected to pay the escrow and defer just the principal and interest. On April 1, 2020, the Debtors made a payment of $720.64 towards their escrow.

4. Debtors object to the asserted arrearage amount to the extent that it claims they were in arrears at the time of filing for $1,463.82 in principal and interest since this amount will be addressed with the deferment.

WHEREFORE, Debtors pray the foregoing claim be allowed as a secured arrearage claim in the amount of $45.24.

Dated: August 26, 2020.

>Respectfully submitted,
>Moore & Associates, LLC
>
>*/s/ Nancy L. Skinner*
>Hilliard L. Moore KS Fed #78309, MO #64039
>Nancy L. Skinner KS #24821, MO #62247
>Douglas B. Breyfogle KS #16024, MO #45234
>Robin R. Randolph KS Fed #78663, MO #69581
>MOORE & ASSOCIATES, LLC
>430 E Santa Fe St
>Olathe, KS 66061
>(913) 742-8700
>(913) 273-1343 (Fax)
>ECF@mooreandassociateskc.com
>Attorney for Debtors

## CERTIFICATE OF SERVICE

I do hereby certify that, on August 26, 2020, I deposited in the first class United States mail, postage prepaid, a copy of the foregoing pleading addressed to:

| | |
|---|---|
| TruHome Solutions, LLC<br>9601 Legler Rd<br>Lenexa, KS 66219 | D. Anthony Sttile<br>Authorized Agent for TruHome Solutions<br>Sottile and Barile, LLC<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140 |

The Chapter 13 Trustee and all other parties receiving electronic notice will be notified via ECF this date.

>*/s/ Nancy L. Skinner*
>Nancy L. Skinner

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE:** ) | |
| Cody McKinley Burgess ) | Case No. 20-20639 |
| Kelly Elizabeth Burgess ) | |
| Debtors. ) | |

### NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTORS' OBJECTION TO CLAIM NO. 18 FILED BY COMMUNITY AMERICA CREDIT UNION/TRUHOME SOLUTIONS LLC

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **September 25, 2020** the Court will enter an order prepared and submitted by movant within ten (10) days of the objection deadline and no hearing will be held.

If you file a timely objection, a <u>nonevidentiary hearing</u> will be held before the U.S. Bankruptcy Court, Room 151, 500 State Avenue, Kansas City, Kansas 66101, on October 20, 2020, at 1:30 pm, or as soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

*/s/ Nancy L. Skinner*
Nancy L. Skinner KS #24821, MO #62247
MOORE & ASSOCIATES, LLC
430 E Santa Fe St
Olathe, KS 66061
(913) 742-8700
(913) 273-1343 (Fax)
ECF@mooreandassociateskc.com
Attorney for Debtors

### CERTIFICATE OF SERVICE

I do hereby certify that, on August 26, 2020, I deposited in the first class United States mail, postage prepaid, a copy of the foregoing pleading addressed to:

| | |
|---|---|
| TruHome Solutions, LLC | D. Anthony Sttile |
| 9601 Legler Rd | Authorized Agent for TruHome Solutions |
| Lenexa, KS 66219 | Sottile and Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |

The Chapter 13 Trustee and all other parties receiving electronic notice will be notified via ECF this date.

*/s/ Nancy L. Skinner*
Nancy L. Skinner